William H. Wimsatt, SBN 68042
Peter T. Cathcart, SBN 93611
**MAGAÑA, CATHCART & McCARTHY**
1801 Avenue of the Stars, Suite 600
Los Angeles, California 90067-5801
Telephone: (310) 553-6630
Facsimile: (310) 407-2295

Attorneys for Plaintiffs,
Steven Shafran, Anne M. Shafran,
Margaret C. Shafran, Reid J. Shafran,
Isabelle B. Shafran, Minors, by and
through their Guardian Ad Litem, Jay Shafran

FILED
2008 JAN 22 PM 2:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____KNW_____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHAFRAN; and ANNE M. SHAFRAN, a minor, by and through her Guardian Ad Litem, JAY SHAFRAN; MARGARET C. SHAFRAN, a minor, by and through her Guardian Ad Litem, JAY SHAFRAN; REID J. SHAFRAN, a minor, by and through his Guardian Ad Litem, JAY SHAFRAN; ISABELLE B. SHAFRAN, a minor, by and through her Guardian Ad Litem, JAY SHAFRAN, <br><br>    Plaintiffs, <br>vs. <br><br>UNITED STATES OF AMERICA <br><br>    Defendant. | CASE NO. '08 CV 0116 IEG NLS <br><br> **NOTICE OF INTERESTED PARTIES** |

The following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

/ / /

/ / /

/ / /

---

NOTICE OF INTERESTED PARTIES

**PLAINTIFFS:**

1. Steven Shafran
2. Anne M. Shafran, a minor by and through her guardian ad litem, Jay Shafran
3. Margaret C. Shafran a minor by and through her guardian ad litem, Jay Shafran
4. Reid J. Shafran a minor by and through his guardian ad litem, Jay Shafran
5. Isabelle B. Shafran a minor by and through her guardian ad litem, Jay Shafran

**DEFENDANTS:**

1. United States of America
2. Cessna Aircraft Company, a corporation

Dated: 21 January 2008

MAGAÑA, CATHCART & McCARTHY

By: /s/ William H. Wimsatt
WILLIAM H. WIMSATT,
*Attorneys for Plaintiffs, Steven Shafran, Anne M. Shafran, Margaret C. Shafran, Reid J. Shafran, Isabelle B. Shafran, Minors, by and through their Guardian Ad Litem, Jay Shafran*

2

**NOTICE OF INTERESTED PARTIES**