```
 1  William H. Wimsatt, SBN 68042
    Peter T. Cathcart, SBN 93611
 2  MAGAÑA, CATHCART & McCARTHY
    1801 Avenue of the Stars, Suite 600
 3  Los Angeles, California 90067-5801
    Telephone:  (310) 553-6630
 4  Facsimile:  (310) 407-2295

 5  Attorneys for Plaintiffs,
    Steven Shafran, and Minors Anne M. Shafran,
 6  Margaret C. Shafran, Reid J. Shafran, and
    Isabelle B. Shafran, by and through their
 7  Guardian Ad Litem, Jay Shafran
```

FILED
2008 JAN 22 PM 2: 32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____KNH_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHAFRAN; and ANNE M. SHAFRAN, a minor, by and through her Guardian Ad Litem, JAY SHAFRAN; MARGARET C. SHAFRAN, a minor, by and through her Guardian Ad Litem, JAY SHAFRAN; REID J. SHAFRAN, a minor, by and through his Guardian Ad Litem, JAY SHAFRAN; ISABELLE B. SHAFRAN, a minor, by and through her Guardian Ad Litem, JAY SHAFRAN,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA; CESSNA AIRCRAFT COMPANY, a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. '08 CV 0116 IEG NLS<br><br>**NOTICE OF RELATED ACTIONS** |

Plaintiffs give notice of the following related cases to the above-entitled action:

1. *Judith A. Jellinek, et al. v. Jaxair LLC, et al.*, Case No. 06CV2711 DMS (WNC);

---
1
**NOTICE OF RELATED ACTIONS**

2. *Debbie Marie Garratt, et al. v. County of San Diego*, Case No. 07CV0139 BEN (BLM);

3. *Goship Air, LLC v. County of San Diego*, Case No. 07CV0403 DMS (LSP); and

4. *Mary M. Francis, et al. v. County of San Diego*, Case No. 07CV0408 JAH (LSP).

5. Said related cases arise from the same facts, circumstances, and accident giving rise to plaintiffs' lawsuit.

Dated: 21 January 2008

MAGAÑA, CATHCART & McCARTHY

By: /s/ William H. Wimsatt
WILLIAM H. WIMSATT,
*Attorneys for Plaintiffs, Steven Shafran, and Minors Anne M. Shafran, Margaret C. Shafran, Reid J. Shafran, Isabelle B. Shafran, by and through their Guardian Ad Litem, Jay Shafran*

2

NOTICE OF RELATED ACTIONS