# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Steven Shafran et al

                              Plaintiff,    No. 08cv116 IEG (NLS)

V.

United States of America et al

                             Defendant

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE.**

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:    "Low Numbered" Case No.    06cv2711 DMS (POR)

       Title:    Jellinek et al v. Jaxair, LLC et al

       Nature of Case:    28:1346 Wrongful Death

The above "low numbered" case and the present case appear

- __x__ (1) to arise from the same or substantially identical transactions, happenings or events; or
- __x__ (2) involve the same or substantially the same parties or property; or
- _____ (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- __x__ (4) call for determination of the same or substantially identical questions of law; or
- __x__ (5) where a case is refiled within one year of having previously been terminated by the Court; or
- __x__ (6) for other reasons would entail unnecessary duplication of labor if heard by different judges.

New Case #:    08cv116 DMS (POR)

This case was transferred pursuant to the Low Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

                                                             **W. Samuel Hamrick, Jr.**, Clerk of Court,

DATED:    January 24, 2008    By:    _____
                                                               (By) Deputy, Jenelynn Jocson

### ORDER OF TRANSFER PURSUANT TO "LOW NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under the "Low Number" Rule.

DATED: __1-29-08__                  _____
                                                             Dana M. Sabraw
                                                            United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the "Low Number" Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Dana M. Sabraw and Magistrate Judge Louisa S. Porter for all further proceedings.

DATED: __1/30/08__                _____
                                                             Irma E. Gonzalez
                                                            United States District Judge