JAMES W. HUSTON (CA SBN 115596)
JHuston@mofo.com
WILLIAM V. O'CONNOR (CA SBN 216650)
WOconnor@mofo.com
ELLEN F. NUDELMAN (CA SBN 235534)
ENudelman@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile:  858.720.5125

Attorneys for Defendant/Third-Party Plaintiff
COUNTY OF SAN DIEGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHAFRAN; ANNE M. SHAFRAN, a minor, by and through her Guardian Ad Litem, JAY SHAFRAN; MARGARET C. SHAFRAN, a minor, by and through her Guardian Ad Litem, JAY SHAFRAN; REID J. SHAFRAN, a minor, by and through his Guardian Ad Litem, JAY SHAFRAN; ISABELLE B. SHAFRAN, a minor, by and through her Guardian Ad Litem, JAY SHAFRAN,<br><br>            Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA; CESSNA AIRCRAFT COMPANY, a corporation; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No.    08-CV-0116-IEG NLS<br><br>**NOTICE OF CONSOLIDATION**<br><br><br><br><br><br>Judge:  Irma E. Gonzalez |

Pursuant to Judge Dana M. Sabraw's Consolidation Order, attached hereto as Exhibit A, the County of San Diego hereby submits this Notice of Consolidation and respectfully requests that the above-captioned matter be consolidated with In re PALOMAR CRASH OF JANUARY 24, 2006, Master File No. 06-CV-02711 DMS POR.  The above-captioned matter is a related

/ /

/ /

1  action because it arises out of the same crash at the Palomar-McClellan Airport on January 24,
2  2006.

4  Dated: February 5, 2008                    MORRISON & FOERSTER LLP

6                                                     By:  /s James W. Huston
                                                           James W. Huston
7                                                          Attorneys for Defendant and
                                                           Third-Party Plaintiff
                                                           COUNTY OF SAN DIEGO
8                                                          Email: jhuston@mofo.com

sd-410663

2

08-CV-0116-IEG NLS
NOTICE OF CONSOLIDATION