1  JAMES W. HUSTON (CA SBN 115596)
   JHuston@mofo.com
2  WILLIAM V. O'CONNOR (CA SBN 216650)
   WOconnor@mofo.com
3  ELLEN F. NUDELMAN (CA SBN 235534)
   ENudelman@mofo.com
4  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
5  San Diego, California  92130-2040
   Telephone: 858.720.5100
6  Facsimile:  858.720.5125

7  Attorneys for Defendant/Third-Party Plaintiff
   COUNTY OF SAN DIEGO

8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11

12  STEVEN SHAFRAN; ANNE M. SHAFRAN, a          Case No.    08-CV-0116-IEG NLS
    minor, by and through her Guardian Ad Litem,
13  JAY SHAFRAN; MARGARET C. SHAFRAN, a         **DECLARATION OF SERVICE**
    minor, by and through her Guardian Ad Litem,
14  JAY SHAFRAN; REID J. SHAFRAN, a minor,
    by and through his Guardian Ad Litem, JAY
15  SHAFRAN; ISABELLE B. SHAFRAN, a minor,
    by and through her Guardian Ad Litem, JAY
16  SHAFRAN,                                     Judge:   Irma E. Gonzalez

17                    Plaintiffs,

18         v.

19  UNITED STATES OF AMERICA; CESSNA
    AIRCRAFT COMPANY, a corporation; and
20  DOES 1 through 20, inclusive,

21                    Defendants.

22

23         I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address
    is 12531 High Bluff Drive, Suite 100, San Diego, California, 92130-2040.  I am not a party to the
24  within cause, and I am over the age of eighteen years.

25         I further declare that on February 5, 2008, I served a copy of:

26                    **NOTICE OF CONSOLIDATION,**

27  on the recipients designated below via electronic transmission through the CM/ECF system of the
    United States District Court for the Southern District of California.

28

                                    1                          08-CV-0116-IEG NLS
                                                            DECLARATION OF SERVICE

sd-410861

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

William H. Wimsatt
Peter T. Cathcart
Magana, Cathcart & McCarthy
1801 Avenue of the Stars, Suite 600
Los Angeles, CA  90067

Attorneys for Plaintiffs
STEVEN SHAFRAN; ANNE M.
SHAFRAN; MARGARET C.
SHAFRAN; REID J. SHAFRAN;
ISABELLE B. SHAFRAN
Telephone:  (310) 553-6630
Facsimile:  (310) 407-2295
Email:

I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Diego, California, on February 5, 2008.

By:    /s/ James W. Huston
Attorneys for Defendant/Third-Party Plaintiff
COUNTY OF SAN DIEGO
Email:  jhuston@mofo.com

2

sd-410861