1   JAMES W. HUSTON (CA SBN 115596)
    JHuston@mofo.com
2   WILLIAM V. O'CONNOR (CA SBN 216650)
    WOconnor@mofo.com
3   ELLEN F. NUDELMAN (CA SBN 235534)
    ENudelman@mofo.com
4   MORRISON & FOERSTER LLP
    12531 High Bluff Drive, Suite 100
5   San Diego, California  92130-2040
    Telephone: 858.720.5100
6   Facsimile:  858.720.5125

7   Attorneys for Defendant/Third-Party Plaintiff
    COUNTY OF SAN DIEGO

8

9                   UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

11

12  STEVEN SHAFRAN; ANNE M. SHAFRAN, a       Case No.    08-CV-0116-IEG NLS
    minor, by and through her Guardian Ad Litem,
13  JAY SHAFRAN; MARGARET C. SHAFRAN, a      *CORRECTED* NOTICE OF
    minor, by and through her Guardian Ad Litem,   CONSOLIDATION
14  JAY SHAFRAN; REID J. SHAFRAN, a minor,
    by and through his Guardian Ad Litem, JAY
15  SHAFRAN; ISABELLE B. SHAFRAN, a minor,
    by and through her Guardian Ad Litem, JAY
16  SHAFRAN,

17                        Plaintiffs,

18          v.                                       Judge:   Irma E. Gonzalez

19  UNITED STATES OF AMERICA; CESSNA
    AIRCRAFT COMPANY, a corporation; and
20  DOES 1 through 20, inclusive,

21                        Defendants.

22

23          Pursuant to Judge Dana M. Sabraw's Consolidation Order, attached hereto as Exhibit A,

24  the County of San Diego hereby submits this Notice of Consolidation and respectfully requests

25  that the above-captioned matter be consolidated with In re PALOMAR CRASH OF JANUARY

26  24, 2006, Master File No. 06-CV-02711 DMS POR.  The above-captioned matter is a related

27  //

28  //

1  action because it arises out of the same crash at the Palomar-McClellan Airport on January 24,

2  2006.

3

4  Dated: February 6, 2008                    MORRISON & FOERSTER LLP

5

6                                            By:    /s James W. Huston
                                                    James W. Huston
7                                                   Attorneys for Defendant and
                                                    Third-Party Plaintiff
8                                                   COUNTY OF SAN DIEGO
                                                    Email: jhuston@mofo.com
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A



1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                           SOUTHERN DISTRICT OF CALIFORNIA

10  JUDITH A. JELLINEK, individually; LAUREN          Case No. 06-cv-02711-DMS-POR
    FLOWER, individually; PETER JELLINEK,
11  individually; THE ESTATE OF FRANK H.             **ORDER GRANTING JOINT**
    JELLINEK, by co-executrix Judith A. Jellinek,    **MOTION TO CONSOLIDATE**
12                                                    **RELATED ACTIONS**
                    Plaintiffs,
13                                                    Date:   Not Applicable
                                                      Time:   Not Applicable
14          v.                                        Courtroom:  10
                                                      Judge:  Hon. Dana M. Sabraw
15  JAXAIR, LLC; GOSHIP AIR, LLC; THE
    ESTATE OF JOHN CHARLES FRANCIS,
16  through personal representative Mary Marcella
    Francis; THE ESTATE OF ANDY GARRETT;
17  COUNTY OF SAN DIEGO; UNITED STATES
    OF AMERICA; and DOES 1-10, inclusive,
18
                    Defendants.
19
    ─────────────────────────────────────
20  AND RELATED THIRD-PARTY ACTIONS.

21  DEBBIE MARIE GARRATT, Individually and as     Case No.   07-cv-00139-DMS-POR
    Personal Representative of THE ESTATE OF
22  JAMES A. GARRATT, and DEBBIE MARIE
    GARRATT, as Natural Mother and Next Friend      Judge:  Hon. Dana M. Sabraw
23  of JAMES A. GARRATT, JR., a Minor,

24                  Plaintiffs,

25          v.

26  COUNTY OF SAN DIEGO,

27                  Defendant.

28

                                              ORDER GRANTING JOINT MOTION
                                              TO CONSOLIDATE RELATED CASES
    sd-362929

| | |
|---|---|
| AND RELATED THIRD-PARTY ACTION. | |

| | |
|---|---|
| GOSHIP AIR, LLC;<br>JAXAIR, LLC; and<br>GLOBAL AEROSPACE, INC.,<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF SAN DIEGO,<br><br>      Defendant. | Case No.   07-cv-00403-DMS-POR<br><br>Judge:  Hon. Dana M. Sabraw |

| | |
|---|---|
| AND RELATED THIRD-PARTY ACTION. | |

| | |
|---|---|
| MARY M. FRANCIS, individually and as<br>Personal Representative of the Estate of John C.<br>Francis, and the ESTATE OF JOHN C.<br>FRANCIS,<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF SAN DIEGO,<br><br>      Defendant. | Case No.   07-cv-00408-DMS-POR<br><br>Judge:  Hon. Dana M. Sabraw |

| | |
|---|---|
| AND RELATED THIRD-PARTY ACTION. | |

ORDER GRANTING JOINT MOTION
TO CONSOLIDATE RELATED CASES

sd-362929

1    Pursuant to the Joint Motion To Consolidate Related Actions, and GOOD CAUSE

2    APPEARING, it is hereby ordered that:

3        1.    These actions and all subsequently-filed related actions are hereby consolidated

4    under Master File No. 06-cv-02711-DMS-POR for discovery and pre-trial purposes.

5        2.    Defendants shall file a notice of consolidation in subsequently-filed related

6    actions. Any party may challenge consolidation of subsequently-filed actions by filing an

7    objection within ten days of the filing of the notice of consolidation.

8

9    IT IS SO ORDERED.

10

11    Dated: January 22, 2008

              Honorable Dana M. Sabraw
              United States District Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    1                    ORDER GRANTING JOINT MOTION
                                                         TO CONSOLIDATE RELATED CASES

sd-362929

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

January 23, 2008

Attention counsel and pro se litigants:

RE: Jellinek et al v Jaxair, LLC et al

You are hereby notified that as of 1/22/08 case 07CV139-DMS-POR; 07CV403-DMS-POR; 408-DMS-POR were consolidated with the lead case 06CV2711-DMS-POR. All further docketing will be done in the lead case 06CV2711-DMS-POR. Please include the lead case number on all further filings.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By:_____s/ L Odierno_____
                         Deputy Clerk

cc: Clerk
    Appropriate Courtroom Clerk
    Chambers

## Standefer, Lyn J.

**From:** efile_information@casd.uscourts.gov
**Sent:** Wednesday, January 23, 2008 4:06 PM
**To:** casd.uscourts.gov@casd.uscourts.gov
**Subject:** Activity in Case 3:06-cv-02711-DMS-POR Jellinek et al v. Jaxair, LLC et al Order

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered on 1/23/2008 at 4:06 PM PST and filed on 1/22/2008
**Case Name:**        Jellinek et al v. Jaxair, LLC et al
**Case Number:**    3:06-cv-2711
**Filer:**
**Document Number:** 65

**Docket Text:**
Consolidation ORDER, Case associated, Lead - 06CV2711. Member Cases 07cv139; 07cv403; 07cv408. Signed by Judge Dana M. Sabraw on 1/22/08. All future docketing will be done in the lead case.(lao)

**3:06-cv-2711 Notice has been electronically mailed to:**
James W. Huston jhuston@mofo.com, lstandefer@mofo.com
Frank A Silane fsilane@condonlaw.com, djacobs@condonlaw.com
Orrin Leigh Grover, III gkiller3@earthlink.net, orrin@orringrover.com
Michael D Jonescu jonescum@stutmanlaw.com, rubiol@stutmanlaw.com
Peter Francis Frost peter.frost@usdoj.gov
U S Attorney CV Efile.dkt.civ@usdoj.gov
William V O'Connor, Jr woconnor@mofo.com, aadams@mofo.com
Brian Panish panish@psandb.com, desimone@psandb.com
Kevin R Boyle boyle@psandb.com, desimone@psandb.com, golzar@psandb.com
Cynthia J Woolley cynthia@ketchumidaholaw.com, judy@ketchumidaholaw.com
Thomas J Byrne tbyrne@byrnekiely.com, ale@byrnekiely.com
Joseph F McDowell, II jmcdowell@mcdowell-osburn.com
Donald W Lojek lojeklaw@aol.com, lojeklaw@gmail.com
Ellen F. Nudelman enudelman@mofo.com, rsheehan@mofo.com

**3:06-cv-2711 Notice has been delivered by other means to:**

Bruce A Ross
US Department of Justice, Civil Division
PO Box 14271
Washington, DC 20044-4271

1/23/2008