JAMES W. HUSTON (CA SBN 115596)
JHuston@mofo.com
WILLIAM V. O'CONNOR (CA SBN 216650)
WOConnor@mofo.com
ELLEN F. NUDELMAN (CA SBN 235534)
ENudelman@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Defendant/Third-Party Plaintiff
COUNTY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHAFRAN; ANNE M. SHAFRAN, a minor, by and through her Guardian Ad Litem, JAY SHAFRAN; MARGARET C. SHAFRAN, a minor, by and through her Guardian Ad Litem, JAY SHAFRAN; REID J. SHAFRAN, a minor, by and through his Guardian Ad Litem, JAY SHAFRAN; ISABELLE B. SHAFRAN, a minor, by and through her Guardian Ad Litem, JAY SHAFRAN, | Case No.   08-CV-0116-IEG NLS<br><br>**DECLARATION OF SERVICE**<br><br><br>Judge:  Irma E. Gonzalez |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA; CESSNA AIRCRAFT COMPANY, a corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 12531 High Bluff Drive, Suite 100, San Diego, California, 92130-2040. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on February 6, 2008, I served a copy of:

*CORRECTED* **NOTICE OF CONSOLIDATION**,

on the recipients designated below via electronic transmission through the CM/ECF system of the United States District Court for the Southern District of California.

---

sd-410861

1

08-CV-0116-IEG NLS
DECLARATION OF SERVICE

| | | |
|---|---|---|
| 1 | William H. Wimsatt | Attorneys for Plaintiffs |
| 2 | Peter T. Cathcart | STEVEN SHAFRAN; ANNE M. |
|   | Magana, Cathcart & McCarthy | SHAFRAN; MARGARET C. |
| 3 | 1801 Avenue of the Stars, Suite 600 | SHAFRAN; REID J. SHAFRAN; |
|   | Los Angeles, CA 90067 | ISABELLE B. SHAFRAN |
| 4 | | Telephone: (310) 553-6630 |
| 5 | | Facsimile: (310) 407-2295 |
|   | | Email: |

     I declare under penalty of perjury that the foregoing is true and correct. Executed at San Diego, California, on February 6, 2008.

                                                        By:   /s/ James W. Huston
                                                                Attorneys for Defendant/Third-Party Plaintiff
                                                                COUNTY OF SAN DIEGO
                                                                Email: jhuston@mofo.com