UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHAFRAN; ANNE M. SHAFRAN, a minor, by and through her Guardian Ad Litem, JAY SHAFRAN; MARGARET C. SHAFRAN, a minor, by and though her Guardian Ad Litem, JAY SHAFRAN; REID J. SHAFRAN, a minor, by and through his Guardian Ad Litem, JAY SHAFRAN; ISABELLE B. SHAFRAN, a minor, by and through her Guardian Ad Litem, JAY SHAFRAN,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA; CESSNA AIRCRAFT COMPANY, a corporation; and DOES 1 though 20, inclusive,,<br><br>　　　　　Defendants. | Civil No.   08cv0116-DMS (POR)<br><br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On February 5, 2008, the Court held a Case Management Conference. William Wimsatt, counsel for Plaintiffs, and Peter Frost, counsel for Defendant United States of America, appeared before the Court. Based on discussions with counsel, the Court finds it appropriate to continue the Case Management Conference since pleadings have not yet settled. Therefore, the Case Management Conference shall be continued to **April 17, 2008** at **1:30 p.m.** The conference shall be telephonic, with attorneys only. The conference shall be held with attorneys in related case numbers 06cv2711, 07cv0139, 07cv0403, and 07cv0408. Mr. O'Connor shall initiate and coordinate the call,

1 | and in the alternative, Mr. Byrne shall do so.

2 | **IT IS SO ORDERED.**

4 | DATED: February 11, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

9 | cc:  The Honorable Dana M. Sabraw
       all parties