

**Home** | **Help**

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0004 1463 2075**
Detailed Results:

- **Delivered, February 04, 2008, 4:31 am, WASHINGTON, DC 20530**
- **Notice Left, February 03, 2008, 7:21 am, WASHINGTON, DC 20530**
- **Arrival at Unit, February 03, 2008, 2:59 am, WASHINGTON, DC 20022**

**Track & Confirm**

Enter Label/Receipt Number.

< Back    Return to USPS.com Home >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  

| Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts |

**Copyright© 1999-2007 USPS. All Rights Reserved.**   No FEAR Act EEO Data   FOIA