William H. Wimsatt
MAGAÑA, CATHCART & McCARTHY
1801 Avenue of the Stars, Suite 600

Los Angeles, California 90067-5801
(310) 553-6630

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHAFRAN, and minors ANNE M. SHAFRAN, MARGARET C. SHAFRAN, REID J SHAFRAN, and ISABELLE B. SHAFRAN,<br><br>vs.<br><br>UNITED STATES OF AMERICA;CESSNA AIRCRAFT COMPANY, a corporation; and DOES 1 through 20, inclusive, | Case No.   08-CV-0116 DMS-POR<br><br>**DECLARATION OF SERVICE**<br><br>Person Served:<br><br>US Attorney,USD Southern<br><br>Date Served:<br><br>JANUARY 29, 2008 |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:
Summons in a Civil Action; Complaint for Damages for Wrongful Death & Survival Action & Demand for Jury Trial; Civil Cover Sheet; Notice of Interested Parties; Notice of Related Actions - PLEASE SEE ATTACHED CERTIFIED MAIL RECEIPT
in the following manner: (check one)

1)     By personally delivering copies to the person served.

2)     By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3)     By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)   X   By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at LOS ANGELES, CALIFORNIA                    on JANUARY 29           , 2008 .

Executed on  FEBRUARY 12           , 2008 at LOS ANGELES, CA

_____
/s/ Virginia G. Galicia