

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0004 1463 2082**
Detailed Results:

- **Delivered, January 29, 2008, 1:33 pm, SAN DIEGO, CA 92101**
- **Arrival at Unit, January 29, 2008, 10:55 am, SAN DIEGO, CA 92101**

( < Back )                          ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )



Site Map      Contact Us      Forms      Gov't Services      Jobs      Privacy Policy      Terms of Use      National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**      No FEAR Act EEO Data      FOIA