JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
KAREN P. HEWITT
United States Attorney
PETER F. FROST (SBN 110454)
Director
BRUCE A. ROSS
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC 20044-4271
Phone: (202) 616-4000/4059
Fax: (202) 616-4002
peter.frost@usdoj.gov
bruce.ross@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH A. JELLINEK, individually, PETER JELLINEK, individually, LAUREN FLOWER, individually; and THE ESTATE OF FRANK H. JELLINEK, through co-executrix Judith A. Jellinek,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>JAXAIR, LLC; GOSHIP AIR, LLC; THE ESTATE OF JOHN CHARLES FRANCIS, through personal representative Mary Marcella Francis; THE ESTATE OF ANDY GARRETT; COUNTY OF SAN DIEGO; UNITED STATES OF AMERICA; and DOES 1 through 10, Inclusive,<br><br>　　　　　Defendants. | CASE NO. 06-cv-2711-DMS (POR)<br><br><br><br><br><br><br><br>**DEFENDANT UNITED STATES OF AMERICA'S EX PARTE APPLICATION UNDER FED. R. CIV. P. 6(b)(1)A)** |
| STEVEN SHAFRAN; and ANNE M. SHAFRAN, a minor, by and through her Guardian Ad Litem, JAY SHAFRAN; MARGARET C. SHAFRAN, a minor, by and through her Guardian Ad Litem, JAY SHAFRAN; REID J. SHAFRAN, a minor, by and through his Guardian Ad Litem, JAY | CASE NO. 08CV0116 IEG NLS |

Defendant United States of America's Ex Parte Application Under Fed. R. Civ. P. 6(b)
Case No. 06-cv-2711-DMS (POR)

| | |
|---|---|
| SHAFRAN; ISABELLE B. SHAFRAN, a minor, by and through her Guardian Ad Litem, JAY SHAFRAN, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA; CESSNA AIRCRAFT COMPANY, a corporation; and DOES 1 through 20, inclusive, | ) ) ) ) ) |
| Defendants. | ) ) |

COMES NOW Defendant United States of America and respectfully requests relief under Fed. R. Civ. P. 6(b)(1)(A), noting that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if . . . a request is made, before the original time or its extension expires."

The United States' Answer in *Shafran, et al. v. United States, et al.*, Case No. 08cv0116, is due April 1, 2008. The United States respectfully requests that time be extended for the reasons noted herein.

The United States is preparing to move to dismiss these consolidated matters. At the Chambers' Rule 6(a) conference regarding that motion, held on March 25, 2008, various plaintiffs' counsel requested time to amend their complaints to add the United States as a defendant. In recognition of that request, the Court's March 27 Order notes that parties who have not sued the United States have until April 16 to do so, after which time the United States may move to dismiss the various cases under the rules.

The United States would prefer to file a single Motion to Dismiss applicable to all matters, and would be prepared to do so following amendments to complaints. The March 27 Order, however, refers to the United States' filing "motions" in "the consolidated actions." If the Court prefers multiple individual motions, the United States will act accordingly; it is respectfully submitted, however, that a single motion addressing all allegations could be more efficient. In either event, we understand that the Court intends

1 | that the United States' motion, or motions, should be filed after the April 16 amendment
2 | deadline, so that the Shafran responsive pleading date should be extended as well.
3 |     In addition, on March 27th our office received a copy of a third-party complaint
4 | against the United States in California Superior Court in *Shafran, et al. v. Jaxair, et al.*,
5 | Case No. 37-2007-00050767-CU-PO-NC. The United States intends to remove that
6 | matter to federal district court, and will do so not later than the April 16, 2008 deadline set
7 | by the Court for amendment of pending complaints. We expect that matter will be
8 | consolidated for consideration with the currently pending federal cases.
9 |     To get all parties on the same briefing schedule, a goal expressed by some counsel
10 | and we believe assented to by the Court, it is respectfully suggested that the United States'
11 | time to answer or otherwise plead in the currently pending federal Shafran matter, Civ. No.
12 | 08cv0116, should be extended to coincide with the timing of the motion(s) to dismiss in all
13 | the consolidated cases.
14 | Dated: April 1, 2008

                                          Respectfully submitted,

                                          JEFFREY S. BUCHOLTZ
                                          Acting Assistant Attorney General

                                          KAREN P. HEWITT
                                          United States Attorney

|   |   |
|---|---|
| 1 | |
| 2 | /s/   *Peter F. Frost* |
| | PETER F. FROST (SBN 110454) |
| 3 | Director |
| | BRUCE A. ROSS |
| 4 | Trial Attorney |
| | Torts Branch, Civil Division |
| 5 | U. S. Department of Justice |
| | P.O. Box 14271 |
| 6 | Washington, D.C. 20044-4271 |
| | Telephone: (202) 616-4000/4059 |
| 7 | Email:  peter.frost@usdoj.gov |
| |              bruce.ross@usdoj.gov |
| 8 | |
| | Attorneys for Defendant |
| 9 | UNITED STATES OF AMERICA |

OF COUNSEL:

Bradley J. Preamble
Office of Chief Counsel
Federal Aviation Administration
800 Independence Ave., SW
Washington, D.C.  20591
(202) 385-8223
Fax: (202) 493-5020
Email: brad.preamble@faa.gov

Defendant United States of America's Ex Parte Application Under Fed. R. Civ. P. 6(b)
Case No. 06-cv-2711-DMS (POR)            - 4 -

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the United States' Ex Parte Application for Relief Under fed. R. Civ. P. 6(b)(1)(A) were sent electronically this 1st day of April, 2008, to the following counsel of record:

Brian J. Panish
Kevin R. Boyle
Attorneys for Plaintiffs
Panish, Shea & Boyle, LLP
11111 Santa Monica Blvd, Ste 700
Los Angeles, Ca 90025

Joseph F. McDowell, III
McDowell & Osburn Professional Assoc.
282 River Road, P.O. Box 3360
Manchester, N.H. 03105-3360

Donald W. Lojek
Lojek Law Offices
1199 West Main Street
Boise, ID 83701

Michael D. Jonescu
Law Offices of Robert A. Stutman
500 North State College Blvd.
Ste. 1100
Orange, CA 92868

Cynthia J. Wooley
Law Offices of Cynthia J. Wooley
P.O. Box 6999
180 First St., Ste. 107
Ketchum, ID 83340

Thomas J. Byrne
Byrne Kiely and White, LLP
1120 Lincoln St., Ste. 1300
Denver, CO 80203

James W. Huston
Ellen F. Nudelman
William V. O'Connor, Jr.
Morrison and Foerster
12531 High Bluff Dr., Ste. 100
San Diego, CA 92130

William H. Wimsatt
Peter T. Cathcart
Magana, Cathcart & McCarthy
1801 Avenue of the Stars, Ste. 600
Los Angeles, CA 90067

      /s/ Peter F. Frost
Employee
U.S. Department of Justice

Defendant United States of America's Ex Parte Application Under Fed. R. Civ. P. 6(b)
Case No. 06-cv-2711-DMS (POR)         - 5 -