# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

April 4, 2008

Attention counsel and pro se litigants:

RE: 08CV0116-DMS-POR, Shafran et al v United States of America et al

You are hereby notified that as of 4/04/08 case 08CV0116-DMS-POR was consolidated with
lead case 06cv2711-DMS-POR. The new case number for the above case is 06cv2711-DMS-
POR. Please include the lead case number on all further filings. ALL FURTHER DOCKETING
WILL BE DONE IN THE LEAD CASE 06CV2711-DMS (POR)

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By:_____s/L Odierno_____
                Deputy Clerk

cc: Clerk
    Appropriate Courtroom Clerk
    Chambers