# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHAFRAN, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendant. | CASE NO. 08-CV-116<br><br>**ORDER CONSOLIDATING ACTION AND GRANTING THE DEFENDANT UNITED STATES OF AMERICA'S EX PARTE APPLICATION TO EXTEND TIME** |

1. This action was filed on January 22, 2008, and is related to several other actions currently pending in this Court arising out of an airplane crash that occurred in January, 2006. Some of the related actions were consolidated. This case is currently docketed as a related but not consolidated action. Because this case arises out of the same circumstances giving rise to the consolidated actions, the Court hereby orders that the instant action be consolidated with lead case number 06-cv-2711.

2. The Plaintiffs in the consolidated actions were recently permitted to amend their Complaints to add the United States as a defendant on or before April 16, 2008. (Doc. 97, Case No. 06-cv-2711, Order of March 27, 2008.) Upon the filing of the amended complaints, the United States is permitted to file motions to dismiss in accordance with applicable rules. The United States has requested that the deadline to respond to the instant action be extended to coincide with the timing of the motion or motions to dismiss to be filed in the consolidated cases. The Court agrees that coordinating the litigation in all consolidated cases promotes efficiency. Accordingly, the deadline to respond to the

1  instant action is extended to coincide with the litigation of the other consolidated cases, and the order
2  of March 27, 2008, shall apply to the instant action.
3  3.     The United States further anticipates that another action currently pending in state court will
4  be removed to this Court on or before April 16, 2008. The Court will address consolidation and
5  scheduling of that action when it is before the Court.
6  **IT IS SO ORDERED.**

8  DATED:  April 4, 2008

10 HON. DANA M. SABRAW
   United States District Judge