William H. Wimsatt, SBN 68042
Peter T. Cathcart, SBN 93611
**MAGAÑA, CATHCART & McCARTHY**
1801 Avenue of the Stars, Suite 600
Los Angeles, California 90067-5801
Telephone:  (310) 553-6630
Facsimile:   (310) 407-2295
E-mail:       wimsatt@earthlink.net

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHAFRAN, et al., <br><br>               Plaintiffs, <br><br>     vs. <br><br> UNITED STATES OF AMERICA, et al., <br><br>               Defendant. | Case No. **08 CV 0116 DMS-POR** <br><br> **PROOF OF SERVICE** |

I, the undersigned say:  I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 1801 Avenue of the Stars, Suite 600, Los Angeles, California 90067.

That on **May 6, 2008**, I served the within:

1)   Civil Case Cover Sheet;

2)   Summons in a Civil Action;

3)   Complaint for Damages for Wrongful Death and Survival Action And Demand for Jury Trial;

4)   Notice of Interested Parties and;

5)   Notice of Related Actions

on the interested parties in said action or proceeding by placing a true copy thereof,

enclosed in a sealed envelope addressed as follows:

**Cessna Aircraft Company
P.O. Box 7706
Wichita KS 6277**

I, the undersigned say:  I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 1801 Avenue of the Stars, Suite 600, Los Angeles, California 90067.

I am employed by a member of the bar of this Court at whose direction this service is made.

In addition, the above stated documents were personal served by a registered California process server on **May 7, 2008** to **CT CORPORATION, AGENT OF SERVICE for Cessna Aircraft Company** (Attachment 1).

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on **May 6, 2008**, at Los Angeles, California.

**MAGAÑA, CATHCART & McCARTHY**

By: */s/ Virginia G. Galicia*
    **Virginia G. Galicia**

- 2 -