1 | William T. DelHagen (SBN 65615)
Paul R. Flaherty (SBN 171170)
2 | **MURCHISON & CUMMING, LLP**
801 South Grand Avenue, 9th Floor
3 | Los Angeles, California  90017-4613
Telephone: (213) 623-7400
4 | Facsimile: (213) 623-6336

5 | Attorneys for Defendant, CESSNA AIRCRAFT
COMPANY
6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| In Re PALOMAR CRASH OF JANUARY 24, 2006, | CASE NO. Master File 06-CV-02711 DMS POR |
| | **NOTICE OF INTERESTED PARTIES** |
| STEVEN SHAFRAN; and ANNE M. SHAFRAN, a minor, by and through her Guardian Ad Litem, JAY SHAFRAN; MARGARET C. SHAFRAN, a minor, by and through her Guardian Ad Litem, JAY SHAFRAN; REID J. SHAFRAN, a minor, by and through his Guardian Ad Litem, JAY SHAFRAN; ISABELLE B. SHAFRAN, a minor, by and through her Guardian Ad Litem, JAY SHAFRAN, | Trial Date:          None |
| Plaintiffs, | |
| vs. | |
| UNITED STATES OF AMERICA; CESSNA AIRCRAFT COMPANY, a corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |
| AND RELATED CONSOLIDATED CASES | |

/ / /

/ / /

1    In addition to the plaintiffs already identified in a pleading filed January 22, 2008, by

2    plaintiffs' counsel, defendant Cessna Aircraft Company, a corporation, herewith identifies

3    that it is affiliated with the Textron family of companies, so these various divisions and

4    subsidiaries of Textron, Inc., may be considered to be "interested parties" in a lawsuit in

5    which Cessna Aircraft Company is a party.

6    Attached hereto as Exhibit 1 is a listing of the various divisions and subsidiaries and

7    affiliates of the Textron family.

8    DATED: May 20, 2008                MURCHISON & CUMMING, LLP

9

10                                      By: _____

11                                      William T. DelHagen
                                        Paul R. Flaherty

12                                      Attorneys for Defendant, CESSNA
                                        AIRCRAFT COMPANY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1**

APPENDIX   A

**List of Divisions  & Subsidiaries  of Textron Inc.**

### TEXTRON  INC.- SUBSIDIARIES

NAME                                                            JURISDICTION

| | |
|---|---|
| Ace Industries  Textron  Inc. | California |
| Airfoil  Forging  Textron  Inc. | Delaware |
| Airfoil  Textron  Inc. | Delaware |
|     Compressor   Components   Textron  Inc. | Delaware |
| Atlantic  Aerospace   Textron  Inc. | Connecticut |
| Avco  Corporation | Delaware |
|     ARS  Two  Inc. | Delaware |
|     Avco  Community   Developers,  Inc. | California |
|     Avco  Overseas  Services  Corporation | Delaware |
|     Avco  Overseas  Services  Corporation   (Texas) | Delaware |
|     Christine  Realty  Co., Inc. | Pennsylvania |
|     Textron  Pacific  Limited | Australia |
| Avco  Financial   Services, Inc. (Note  1) | Delaware |
| Babco  Textron  Inc. | Massachusetts |
| Bell  Avon,  Inc. (20%) | Delaware |
| Bell  Delco  (BD) Inc. (50%) | Delaware |
| Bell  Employment   Services  Inc. | Delaware |
| Bell  Helicopter   International   Inc. | Delaware |
| Bell  Helicopter   Overseas   Inc. | Delaware |
|     Bell  Helicopter   Arabia  Limited   (40%) | Saudi  Arabia |
| Bell  Helicopter   Services  Inc. | Delaware |
|     Bell  Helicopter   Asia (Pte) Ltd. | Singapore |
|     Bell  Helicopter   Korea  Inc. | Delaware |
|     Bell  Helicopter   Services  Mexico  L.L.C. | Delaware |
|     Bell  Technical   Services  Inc. | Delaware |
| Bell  Helicopter   Textron  Inc. | Delaware |
| Bell  Operations   Corporation | Delaware |
| Cadillac  Gage  Textron  Inc. | Michigan |
| Cessna  Aircraft   Company | Kansas |
|     United  Hydraulics   Corporation | Illinois |
| Cone  Drive  Operations   Inc. | Delaware |
| Fuel  Systems  Textron  Inc. | Delaware |
| Greenlee  Textron  Inc. | Delaware |

(1)      A list of the principal   subsidiaries   of Avco  Financial   Services,  Inc. is attached   hereto  as
Exhibit            1.




## TEXTRON INC.- SUBSIDIARIES

Cont'd

| | |
|---|---|
| HR Textron  Inc. | Delaware |
| McCord   Corporation | Michigan |
|        Textron   Automotive   Interiors   Inc. | Delaware |
|        Davidson   International   Services  Inc. | Delaware |
|        Davidson   Overseas  Investment   Inc. | Delaware |
|          Davidson   Marley  B.V.  (50%) | Netherlands |
|    Textron   Automotive   Functional   Components   Inc.  - | |
|         McCord   Winn  Textron   Inc. | Massachusetts |
|    Riopelle  Realty  Limited | Ontario |
| Micromatic   Operations   Inc. | Delaware |
| Micro-Precision   Operations   Inc. | Delaware |
| The  Paul  Revere   Corporation | Massachusetts |
|    The  Paul  Revere   Life  Insurance   Company | Massachusetts |
|    The  Paul  Revere   Protective   Life  Ins. Co. | Delaware |
|    The  Paul  Revere   Variable   Annuity   Ins. Co. | Massachusetts |
|    The  Paul  Revere   Equity   Sales  Company | Massachusetts |
|      The  Paul  Revere   Investment   Mgnt.  Co. | Massachusetts |
|      P R Land  Corp. | Delaware |
| The  Sixty  Corporation | Delaware |
| TX  Financing   Corporation   1 | Delaware |
|    TX  Springfield   Inc. | Vermont |
| Textron   Atlantic   Inc. | Delaware |
|    Avdel  plc  (Note  2) | United  Kingdom |
|    Bell Helicopter   Supply   Center  B.V. | Netherlands |
|    Marly  ORAG  S.A. | France |
|    ORAG  Italia  S.R.L. | Italy |
|    ORAG  Scandinavia   A/S | Denmark |
|    ORAG  Textron  A.G. | Switzerland |
|    Textron   Atlantic   Belgium  S.A. | Belgium |
|    Textron   Atlantic   GmbH | Germany |
|      ORAG  Deutschland   GmbH | Germany |
|    Textron   Atlantic   S.A.R.L. | France |
|    Textron   TSM  S.A.R.L. | France |
|    Textron   Limited | United   Kingdom |
|      Bell Helicopter   (UK)  Limited | United   Kingdom |
|    Textron   Spain, S.A. | Spain |
| Textron   Automotive   Exteriors   Inc. | Delaware |
| Textron   China  Inc. | Delaware |
| Textron   Communications   Inc. | Delaware |
| Textron   FSC  Inc. | Barbados |
| Textron   FSC  Inc. | US  Virgin  Islands |
| Textron   Far  East  Pte. Ltd. | Singapore |
| Textron   Financial   Corporation | Delaware |
|    Asset  Based  Division  Inc. | Delaware |
|    Cessna  Finance   Corporation | Kansas |
|    Dorfinco   Corporation | Delaware |

(2)     A list of the principal   subsidiaries   of Avdel  plc  is attached   hereto  as Exhibit  2.





## TEXTRON  INC.-  SUBSIDIARIES

Cont'd

| | |
|---|---|
| FBS Investments  Inc. | Delaware |
| Investment   Control  Inc. | Delaware |
| Midwest  Funding  Corporation | Minnesota |
| Naperville  Holdings  Corporation | Delaware |
| RFD,  Inc. | Delaware |
| RFD-II  Inc. | Delaware |
| Kenilworth,   Inc. | Delaware |
| Rowan  Investments  Inc. | Delaware |
| Textron  Capitol  Corporation | California |
| Textron  Financial  Canada  Limited | Canada |
| Textron  Financial  Corporation  (UK)  Limited | United  Kingdom |
| | |
| Textron  Financial  - New Jersey,  Inc. | Delaware |
| Textron  Louisiana  Corp. | Delaware |
| Textron  Pacific  Inc. | Delaware |
| Textron  Pennsylvania  Inc. | Delaware |
| Warbler  Corporation | Delaware |
| Textron  Holdings  Inc. | Delaware |
| Textron  India  Inc. | Delaware |
| Textron  International   Inc. | Delaware |
| Textron  Investment  Management  Company  Inc. | Delaware |
| 260 NYD, Inc. | Delaware |
| Textron  Marine  Services  Company | Delaware |
| Textron  Properties  Inc. | Delaware |
| Abuco  Corporation | New Jersey |
| Textron  Canada  Limited  (3) | Canada |
| Textron  Realty  Corporation | Delaware |
| Textron  S.A. de C.V. | Mexico |
| Helicopteros  Bell de Mexico  S. de R.L. de  C.V. (49%) | Mexico |
| Textron  Automotive  Company  de Mexico,  S.A. de C.V. | Mexico |
| Textron  Specialty  Materials  East  Asia Inc. | Delaware |
| Wolverine  Metal  Specialties,  Inc. | Michigan |

(3)    64.5% of the capital  stock of Textron  Canada  Limited  is held  by Textron  Properties  Inc. and
the remaining   35.5% by Textron  Inc.





Exhibit  1

Set forth  below  are  the  principal   subsidiaries   of  Avco  Financial   Service,  Inc.

| Name | Jurisdiction |
| --- | --- |
| AFS Corporation   (1) | Delaware |
| Avco DC Corporation   (1) | Delaware |
| Avco Enterprises,  Inc. (3) | California |
| Avco Financial  Services  Canada  Limited  (2) | Ontario |
| Avco Financial  Services  International,   Inc. (3) | Nebraska |
| Avco Financial  Services  Ltd. (1) | Australian  Capital  Territory |
| Avco Financial  Services  Limited  (3) | New  Zealand |
| Avco Group Limited  (1) | United  Kingdom |
| Avco National  Bank  (4) | California |
| Balboa Insurance  Company  (1) | California |
| Balboa Life Insurance  Company  (3) | California |
| Family Insurance  Corporation  (3) | Wisconsin |
| Meritplan  Insurance  Company  (5) | California |
| Newport  Insurance  Company  (5) | Arizona |

(1)     Owned  by Avco Financial  Services  International,   Inc.
(2)     Owned  by AFS Corporation   and  Avco DC Corporation
(3)     Owned  by Avco Financial  Services,  Inc.
(4)     Owned  by Avco Enterprises,  Inc., a wholly-owned   subsidiary  of Avco Financial  Services,  Inc.
(5)     Owned  by Balboa Insurance  Company





Exhibit   2

Set forth below are the principal subsidiaries of Avdel plc:

| Name | Jurisdiction |
|---|---|
| Avdel Holdings Ltd. | United Kingdom |
|   Avdel International Ltd. | United Kingdom |
|     Avdel Overseas Holdings Ltd. | United Kingdom |
|       Avdel International B.V. | Netherlands |
|         Avdel GmbH (75%) | Germany |
|         Avdel SRL | Italy |
|         Avdel Inc. | Canada |
|         Avdel SA | France |
|         Avdel (Pty) Ltd. | South Africa |
|           Avdel Burnside (Pty) Ltd. (49%) | South Africa |
|         Aerpat AG | Switzerland |
|         Avdel Intercontinental NV | Neth. Antilles |
|           United Fastenings Establishment | Liechtenstein |
|             Avdel SA de CV | Mexico |
|             Avdel KK | Japan |
|               Avdel Seizo KK | Japan |
|         Industrial Machinery Company | Switzerland |
|           Woodfield Leasing Ltd. | United Kingdom |
|         Girofina AG | Switzerland |
|         Avdel Overseas BV | Netherlands |
|           Avdel GmbH (25%) | Germany |
|           Avdel SA | Spain |
|           Avdel Corporation | Delaware |
|         Avdel Korea Ltd. (90% owned) | Korea |
|         Ejot & Avdel System AB (33%) | |
|   Avdel Management Services Ltd. | United Kingdom |
|     Avdel Systems Ltd. | United Kingdom |
|       Avdel Pty Ltd. | Australia |
|     Interfast Ltd. | United Kingdom |
| Avdel Finance Ltd. | United Kingdom |
| Agar Cross & Co. Ltd. | United Kingdom |
|   Newman (FC) Ltd. | United Kingdom |
|   Yate Foundry Ltd. | United Kingdom |





## TEXTRON INC. /AVCO CORPORATION
Unincorporated    Operating    Divisions

### Textron Inc.

Bell  Aerospace    Textron
Camcar
Cherry
E-Z-Go
Jacobsen
Speidel
Textron    Automotive    Functional    Components    - CWC
Textron    Automotive    Functional    Components    - Randall
Textron    Marine  &  Land  Systems

### Avco Corporation

Avco  Management    Services
Textron    Aerostructures
Textron    Defense    Systems
Textron    Lycoming    Reciprocating    Engine
Textron    Specialty    Materials





## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, 9th Floor, Los Angeles, California 90017-4613.

On May 20, 2008, I served true copies of the following document(s) described as **NOTICE OF INTERESTED PARTIES** on the interested parties in this action as follows:

### SEE ATTACHED LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Murchison & Cumming's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 20, 2008, at Los Angeles, California.

Barbara L. Ryan

Master File 06-CV-02711 DMS POR

**SERVICE LIST**
**Steven Shafran, et al vs. United States of America, etal**

William H. Wimsatt, Esq.          Attorneys for Plaintiffs
Magana, Cathcart & McCarthy
1801 Avenue of the Stars
Suite #600
Los Angeles, CA  90067
Telephone: 310-553-6630
Facsimile: 310-407-2295

Brian J. Panish, Esq.          Attorneys for Jellinek Plaintiffs
Panish, Shea & Boyle
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA  90025
Telephone: 310-477-1700
Facsimile: 310-477-1699

Joseph F. McDowell, III, Esq.          Attorneys for Jellinek Plaintiffs
McDowell & Osborn
282 River Road
Manchester, NH  03-105-3360
Telephone: 603-623-9300
Facsimile: 603-623-5390

Frank A. Silane, Esq.          Attorneys for Plaintiffs Goship Air, LLC,
Condon & Forsyth LLP          Jaxair, LLP & Global Serospace, Inc.
1901 Avenue of the Stars, Suite 850    Attorneys for Estate of Garratt, Attorneys
Los Angeles, CA  90067          for Estate of Francis
Telephone: 310-557-2030
Facsimile: 310-557-1299

Bruce A. Lambert, Esq.          Attorneys for Estate of Garratt
Schaden, Katzman, Lambert & McClune
9596 Jeffco Airport Avenue
Broomfield, CO  80021
Telephone: 303-465-3663
Facsimile: 303-465-3884

Donald W. Lojek, Esq.          Attorneys for Estate of Francis
Lojek Law Office Chtd.
1199 West Main Street
Boise, ID  83701
Telephone: 208-343-7733
Facsimile: 208-343-5200

Cynthia J. Wooley, Esq.          Attorneys for Estate of Garratt
Law Office of Cynthia J. Wooley
P. O. Box 6999
180 First Street West
Suite 107
Ketchum, ID  83340
Telephone: 208-725-5535
Facsimile: 208-725-5569

| | |
|---|---|
| 1 | Thomas J. Byrne, Esq. | Attorneys for Plaintiffs Goship Air, LLC, |

1  Thomas J. Byrne, Esq.
   Byrne, Kiely & White LLP
2  1120 Lincoln St., Ste. 1300
   Denver, CO  80203
3  Telephone: 303-861-5511
   Facsimile: 303-861-0304
4
   James W. Huston, Esq.
5  Morrison & Foerster LLP
   12531 High Bluff Drive, Ste. 100
6  San Diego, CA  92130-2040
   Telephone: 858-720-52100
7  Facsimile: 858-720-5125

8  U S Attorneys Office
   U S Attorneys Civil Division
9  Southern Division
   880 Front St., Ste.6253
10 San Diego, CA  92101
   Telephone: 619-557-5662
11 Facsimile: 619-5577122

12 Peter Francis Frost, Esq.
   US Department of Justice
13 P. O. Box 14271
   Washington, DC  20044-4271
14 Telephone: 202-616-4000
   Facsimile: 202-616-4002
15
   Michael D. Jonescu. Esq.
16 Law Office of Robert A. Stutman P.C.
   500 No. State College Blvd.
17 Suite 1100
   ORANGE, CA  92868
18 Telephone: 562-432-4300
   Facsimile: 562-437-7059
19

20

21

22

23

24

25

26

27

28

Attorneys for Plaintiffs Goship Air, LLC, Jaxair, LLPm abd Global Aerospace, Inc., Attorneys for Estate of Garratt, Attorneys for Estate of Francis

Attorneys for Defendant, Third-Party Plaintiff COUNTY OF SAN DIEGO

Attorneys for Defendant United States of America

Attorneys for Defendant United States of America

Attorneys for Defendant New Hampshire Insurance Co.

NOTICE OF INTERESTED PARTIES