| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| William H. Wimsatt, SBN 68042<br>1801 Avenue Of The Stars Ste 600<br>Los Angeles    CA    90067 | | |

ATTORNEY FOR (Name)

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
SHAFRAN V. UNITED STATES

| 1377896 | (HEARING) Date | Time | Dept | Case Number:<br>08CV0116IEGNLS |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>MCM - 9015 |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:
   SUMMONS & COMPLAINT
   NOTICE OF INTERESTED PARTIES
   NOTICE OF RELATED ACTIONS

3. A. PARTY SERVED:    Cessna Aircraft Company, A Corporation

   CT Corporation, Agent for Service

   B. PERSON SERVED:  MARGARET WILSON, AUTHORIZED TO RECEIVE
   CAUCASIAN FEMALE 60YRS 5'02" 125LBS, GRAY HAIR

4. C. ADDRESS:    818 W 7th St
   Los Angeles    CA    90017

5. I SERVED THE PARTY NAMED IN ITEM 3
   A. BY PERSONALLY DELIVERING THE DOCUMENTS LISTED IN ITEM 2 TO THE PARTY OR PERSON
   AUTHORIZED TO RECEIVE SERVICE OF PROCESS FOR THE PARTY.    ON    5/6/2008 AT    2:50:00 PM

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   D. ON BEHALF OF:
   Cessna Aircraft Company, A Corporation
   CT Corporation, Agent for Service

   UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : CORPORATION  CCP 416.10

   d. The fee for service was    $69.90

7a. Person Serving:    Enrique    Mendez
   e. I am:
   (1)    not a registered California process server:
   (3) X  registered California process server:
       (i) Independent Contractor
       (i) Registration No: 434/3428
       (i) County:  oc/la

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

5/7/2008

X _____
SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

CRC 982(A)(23)

TOTAL P.02